DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY L. CHEVALIER,**
Appellant,

v.

**TYLER J. EMMERSON,**
Appellee.

No. 4D20-1800

[December 10, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502019DR000273.

Mary L. Chevalier, Delray Beach, pro se.

Jonathan S. Root of Jonathan S. Root, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***